No. 99–7822 (99A577). JIMENEZ *v.* UNITED STATES. C. A. 2d Cir. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied. Certiorari denied.

No. 99–7953 (99A670). SIMS *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 99–8043 (99A624). TARVER *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 99–8330 (99A675). SIMS *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 98–1903. BENSON *v.* BENSON, *ante,* p. 816;

No. 98–7256. IN RE RICE, 525 U. S. 1138;

No. 98–9269. ALEXANDER *v.* DOE ET AL., *ante,* p. 830;

No. 98–9523. SKIBINSKI *v.* BELL ATLANTIC ET AL., *ante,* p. 838;

No. 98–10042. SKIBINSKI *v.* LAZAROFF ET AL., *ante,* p. 867;

No. 99–151. MENSAH *v.* UNITED STATES, *ante,* p. 875;

No. 99–575. MORETON ROLLESTON, JR., LIVING TRUST, ET AL. *v.* ESTATE OF SIMMS, CHERRY, EXECUTOR, *ante,* p. 1046;

No. 99–634. ANDERSON *v.* DALLAS AREA RAPID TRANSIT, *ante,* p. 1062;

No. 99–661. WILLMAN *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 1062;

No. 99–716. RUIZ RIVERA *v.* DEPARTMENT OF EDUCATION ET AL., *ante,* p. 1047;

No. 99–911. VEY *v.* THE UNIVERSE ET AL., *ante,* p. 1081;

No. 99–5212. JONES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 892;

No. 99–5652. HATTER *v.* NEW YORK CITY HOUSING AUTHORITY ET AL., *ante,* p. 936;

No. 99–5859. FOSTER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 940;